*John J. Scully* and *Thomas A. McDermott* for appellant.

*Anthony Miceli, District Attorney (Clarence J. Henry* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.

In the Matter of MOTOR CLUB OF AMERICA, Appellant, against THOMAS J. CURRAN, as Secretary of State of the State of New York, Respondent.

Argued May 19, 1949; decided July 19, 1949.

*Ilo Orleans* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Irving I. Waxman* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.

CHARLES E. HALLENBECK, as Guardian ad Litem of CHARLES E. R. HALLENBECK, an Infant, Appellant, *v.* LONE STAR CEMENT CORPORATION, Respondent.

Argued May 25, 1949; decided July 19, 1949.